THOMAS F. McCARTHY ET AL., EXECUTORS (ESTATE OF TIMOTHY F. McCARTHY) *v.* MARION McCARTHY

KING, C. J., ALCORN, HOUSE, THIM and RYAN, Js.

Argued November 12—decided November 13, 1969

*Thomas L. Brayton,* for the appellants (plaintiffs).

*Vincent Matasavage,* for the appellee (defendant).

PER CURIAM. In the light of *Prince* v. *Sheffield,* 158 Conn. 286, 299, 300, 259 A.2d 621, there is error. The judgment is set aside and the case is remanded to the Superior Court for a new trial of the appeal from the Probate Court.